## William J. Moldenhauer, Appellee, v. Joseph Moskalczuk, Appellant.

### Gen. No. 23,906.    (Not to be reported in full.)

Appeal from the Municipal Court of Chicago; the Hon. John F. Haas, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1917. Affirmed. Opinion filed June 19, 1918.

### Statement of the Case.

Action by Dr. William J. Moldenhauer, plaintiff, against Joseph Moskalczuk, defendant, to recover for medical services. From a judgment for plaintiff for $75, defendant appeals.

James Percival Pio, for appellant.

No appearance for appellee.

Mr. Presiding Justice Taylor delivered the opinion of the court.

### Abstract of the Decision.

1. Municipal Court of Chicago, § 13*—*when statement of claim is sufficient in action to recover for medical services.* Where the statement of claim in an action by a physician to recover for medical services recites that the action was for medical services, that those services were rendered in specified years and that the amount of the claim is a stated number of dollars, the statement of claim sufficiently complies with the requirements of section 40 of the Municipal Court Act (J. & A. ¶ 3352).

2. Physicians and surgeons, § 28b*—*when verdict for plaintiff in action for medical services is proper.* In an action by a physician to recover for medical services, evidence *held* sufficient to support a verdict for plaintiff.

3. Physicians and surgeons, § 28b*—*when allowance of item of claim for medical services is not error.* On an appeal from a judgment for plaintiff in an action to recover for medical services,

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.

where there is no evidence in the record of any cross-examination as to one of the items of service which is set up in the statement of facts nor of anything in rebuttal of the claim therefor, the Appellate Court cannot say that the allowance of the claim for such item was error.

———

## J. Elliot Ainslie, Appellee, v. Joseph H. Biggs, Appellant.

### Gen. No. 23,747.   (Not to be reported in full.)

Appeal from the Circuit Court of Cook county; the Hon. SAMUEL C. STOUGH, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1917. Affirmed. Opinion filed June 19, 1918. Rehearing denied July 5, 1918.

### Statement of the Case.

Action by J. Elliot Ainslie, plaintiff, against Joseph H. Biggs, defendant, to recover damages for personal injuries alleged to have been caused by being struck by defendant's auto-truck as plaintiff was starting to cross the intersection of a street and alley, whereby plaintiff's fibula was fractured. From a judgment for plaintiff for $1,200, defendant appeals.

LELAND V. PIERSON, for appellant; EDWARD H. TAYLOR, of counsel.

WINTERS, PRICE & STEVENS, for appellee; GEORGE M. STEVENS and J. C. RISK, of counsel.

MR. JUSTICE O'CONNOR delivered the opinion of the court.